ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of - | ) |
| | ) |
| Grahams Construction, Inc. | ) ASBCA Nos. 60991, 61386, 62181 |
| | ) |
| Under Contract No. 7300058246 | ) |

APPEARANCE FOR THE APPELLANT:  Lawrence J. Sklute, Esq.
   Sklute & Associates
   Potomac, MD

APPEARANCES FOR THE GOVERNMENT:  Scott N. Flesch, Esq.
   Army Chief Trial Attorney
   LTC Abraham Young, JA
   MAJ Nichole M. Venious, JA
   Trial Attorneys

ORDER OF DISMISSAL

The dispute has been settled.  The appeals are dismissed with prejudice.

Dated:  February 1, 2022

TIMOTHY P. MCILMAIL
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 60991, 61386, 62181, Appeals of Grahams Construction, Inc., rendered in conformance with the Board's Charter.

Dated:  February 1, 2022

'

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals